IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DIVISION OF TEXAS
BEAUMONT DIVISION

| | |
|---|---|
| **REALPAGE, INC.** § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Civ. No. 1:12-CV-00398 |
| § | |
| **ACE EUROPEAN GROUP, LTD. d/b/a** § | |
| **ACE EUROPEAN GROUP,** § | |
| **BARBICAN SYNDICATE** § | |
| **1955 at LLOYD'S, and AXIS SURPLUS** § | |
| **INSURANCE COMPANY,** § | |
| § | |
| Defendants. § | |

## PLAINTIFF REALPAGE INC.'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff RealPage Inc. discloses that it is a publicly traded company, and it does not have any publicly held corporation owning more than 10% of its stock.

Dated: August 16, 2012

Respectfully submitted,

KASOWITZ BENSON TORRES & FRIEDMAN LLP

_____/s/ Norman W. Peters_____
Norman W. Peters
npeters@kasowitz.com
Texas State Bar No. 00788194
Robin L. Cohen
rcohen@kasowitz.com
*E.D. Texas and Pro Hac Vice Applications pending*
1633 Broadway
New York, New York 10019
(212) 506-1700 (phone)
(212) 506-1800 (fax)
*Lead Counsel*

SHANNON GRACEY RATLIFF &
MILLER LLP

/s/ Michael W. Huddleston
mhuddleston@shannongracey.com
Texas State Bar No. 10148415
901 Main Street, Suite 4600
Dallas, Texas 75202
(214) 245-3090 (phone)
(214) 245-3097 (fax)